**John Jacobsen**
_____

| | |
|---|---|
| **From:** | Teal 123 <                    > |
| **Sent:** | Monday, July 7, 2025 3:20 PM |
| **To:** | John Jacobsen |
| **Subject:** | Fwd: Christopher Puccio |

Tara

Begin forwarded message:

**From:** Teal 123 <                        >
**Date:** July 3, 2025 at 4:12:54 PM CDT
**To:** jacobsen@jwlegal.com
**Subject: Christopher Puccio**

To Whom It May Concern
I just wanted to give a little insight into Chris life as a child he grew up in a home with a drug addicted abusive father and abusive grandparents with me his mother having to work outside the home 16 hours a day to support the family Chris has an older and younger brother but for some reason his father and grandparents didn't like Chris he was beaten watched as his mother was beaten and almost killed and put in a coma and so he had to defend himself and he thought his mother and brothers so he was put in juvenile detention for defending his mom and brothers and of course he was abused in all the detention centers he was in ranging from a head injury to his knee cap ending up on the back of his leg then for using his brother id to collect a jackpot in a casino at the age of 18 he was thrown into a maximum security prison for 10 years this boy never had a chance before he was picked up federally he was preparing to get out of state prison and change his life he had a girl he was going to marry a place to live in another state and was working with job service to get a job in that new state just when he was going to change his life and actually learn to live life these charges come about as his mother that is not in good health I am begging for leancy for Chris I would love in fact my dream is for Chris to be free happy and productive citizen before I die Chris is a very loving and caring man he would give the shirt off his back to anyone this is a circumstance that he grew up with a horrible family life and then was institutionalized and was finally going to break free from it all I am just asking to please give him a chance and me a chance to see my son free before I die I thank you for taking the time to read my statement God Bless you and your Family
Sincerely
Tara Parker
563 _ _ _
1961 _ _                                    }
Dubuque Iowa 52001
Tara

Defendant's Exhibit A
USA v. Christopher Puccio,
24CR1038
Sentencing Hearing