Regarding Christopher Puccio

Hi my name is Colton Puccio, I am Christopher Puccio's youngest brother. I understand that Christopher Puccio is facing time in federal prison, and I know Christopher Puccio has a criminal record that shows a recurrent history. But I want people to consider the rough life that my brother Christopher Puccio has had, a brief history per say. Growing up, my father absolutely hated my brother Christopher, I don't fully understand why he didn't like Christopher, but I do know I was my father's favorite. There have been multiple times that my father Mark Puccio assaulted Christopher in his childhood. One time on east 27th Dubuque Iowa, when I was 7 years old, my father was assaulting my brother Christopher puccio in the kitchen, a plate was broken, and part of it went into my brother's leg, millimeters away from his artery, my father told us all to keep our mouth shut. Another instance is out in Lamont Iowa, when we all lived in a farmhouse style house, my father was throwing a temper tantrum, and started assaulting Christopher puccio, my brother defended himself, and our father had to go get stitches that night. Another instance on central Ave, Dubuque Iowa, my father was mad because my mom and him had broken up, he assaulted Christopher on the stairs, and called the cops, and said Christopher got out of control, when it wasn't Christophers fault at all, it was my fathers. There are more incidents than that, but to get a gist of the childhood he had, those incidents were best to capture that childhood. Continuing on, from a young age, my father absolutely hated Chris, and wanted nothing to do with him, even going to the extent of sending him away to somewhere, like tossing him out in the trash, it was at that time when Chris was sent away, Chris got institutionalized, when you have a father that doesn't love you, nor want you, and you get sent away, you learn to live a different life, Chris truly never got to have a childhood. I've often wondered, because he missed out on a childhood, and the trauma that he experienced led to where he's at now? When

Defendant's Exhibit B
USA v. Christopher Puccio
24CR1038
Sentencing Hearing

you consider a person as a whole, and what led a person to do what they did, or actions they took, one must consider the root of the problem. Chris wasn't wanted by my father, he was sent away as a teenager, institutionalized and experienced trauma. I understand Christopher has a history, I understand Christopher has his problems, but I ask you to consider how rough a life he has had. I understand that there needs to be some sort of punishment, but to take a big portion of someone's life away from them is the same as taking his life, which would affect me, our mother, and our other brother. I am asking the courts to not please take a big portion of my brother's life away, and to give Christopher puccio one last chance. Show Christopher puccio some mercy. I firmly believe in chances, and I believe with Christopher's age, and past trauma, that rehabilitation might be the way to change his life. Federal courts have a lot of power, especially a federal judge. I'm not saying to not punish Christopher puccio, but I am asking for mercy and to help in changing my brother's life for the better. Christopher puccio has potential to grow, and be rehabilitated, He's got trauma that needs to be addressed, and worked through, he needs to learn how to get a job, to work at a job, to socialize soberly, to cut off all the bad people in his life, Chris needs to learn how to cope with the trauma he has the right away, instead of using drugs to numb the pain. Chris is merely an addict trying to cover up his trauma and pain. Instead of taking away a big portion of his life, teach him how to live life the right way, work with him, provide him with all the necessary tools to cope, and live. Provide him with resources, Rehabilitate him. Please Federal courts, and Judge, give Christopher puccio, one last chance, and if he messes up his last chance, then do what you need to do. But please show mercy and give him that one last chance to do right, and be a productive member of society, Christopher has me and our older brother that love him very much, and our mom loves and misses him. He also has a 16-month-

old niece, and a 6-month-old nephew that I'd love for them to have him in their lives. If my words have any weight, id hope that, at least you consider my request, please show mercy.


Sincerely

Colton Puccio,

Younger brother of Christopher puccio.