# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ALLEN PUCCIO,<br><br>Defendant. | No. 24CR1038<br><br>**SENTENCING MEMORANDUM** |

**COMES NOW** the defendant, Christopher Puccio, by and through Counsel, John D. Jacobsen, and states the following in consideration and compliance of the Honorable Court's Order of October 10, 2025.  Doc. 111.

1. **WITNESSES:** Counsel for Mr. Puccio does not anticipate calling any witnesses.

2. **EXHIBITS:**  Counsel for Mr. Puccio does not intend to offer any formal exhibits.

3. **LETTERS OF SUPPORT:**  Submission of such items will occur, to the extent relevant under separate filing.

4. **ISSUES OF DISPUTE:**  Remaining issues of dispute:

   a. Whether or not the offense of conviction is a 'controlled substance' offense to trigger Career Offender application under USSG Chapter 4.

   b. The Sentence to be imposed.

5. **MOTION(S) FOR VARIANCE:** A Motion for Downward Variance, in consideration of the 18 U.S.C. §3553(a) factors will be submitted on Mr. Puccio's behalf under separate filing.

**WHEREFORE** Counsel for Mr. Puccio submits this Sentencing Memorandum in conformity of the District Court's prior Order(s).

RESPECTFULLY SUBMITTED,

/s/*John D. Jacobsen*
John D. Jacobsen, #19817
Jacobsen Johnson & Wiezorek
425 Second Street SE Suite 803
Cedar Rapids, IA 52401
Telephone: (319) 286-1767
Facsimile: (319) 286-1137
**ATTORNEY FOR DEFENDANT**
jjacobsen@jjwlegal.com

copy to:
AUSA (CMECF)
Client (US MAIL)
I certify that on this 2nd day of January, 2026, the foregoing was filed electronically via CM-ECF, and copies were sent to all parties of record.
*/s/ John D. Jacobsen*