# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 24-CR-01038-CJW-003 |
| | ) | |
| vs. | ) | |
| | ) | |
| CHRISTOHPER ALLEN PUCCIO, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S SENTENCING MEMORANDUM

Sentencing in this matter has been set for January 9, 2026, at 2:00 p.m.

Pursuant to the Court's order setting the sentencing hearing (Doc. 111), the United

States of America provides the following information:

**A.     Witnesses:**

The government does not intend on calling any witnesses.

**B.     Exhibits:**

The government does not intend on offering any exhibits.

**C.     Issues:**

At the sentencing hearing, the Court will need to resolve (1) whether

defendant qualifies as a career offender under USSG § 4B1.1(a), specifically

whether the instant offense qualifies as a "controlled substance" offense; and

(2) whether to grant defendant's anticipated motion for a downward variance.  The

government will resist defendant's motion for a downward variance orally at the

sentencing hearing.

The Court should find that defendant qualifies as a career offender under USSG §4B1.1. A defendant qualifies as a career offender if

> (1) the defendant was at least eighteen years old at the time the defendant committed the instant offense of conviction; (2) the instant offense of conviction is a felony that is either a crime of violence or a controlled substance offense; and (3) the defendant has at least two prior felony convictions of either a crime of violence or a controlled substance offense.

USSG §4B1.1(a). It is undisputed that defendant was at least eighteen years old at the time he committed the instant offense, and that he has at least two prior felony convictions for either a crime of violence or a controlled substance offense.

Defendant argues that the instant offense, specifically, conspiracy to distribute a controlled substance, is not a controlled substance offense. (Doc. 108, at 1.) However, as defendant concedes, the Guidelines specifically state that the term "controlled substance offense" as used in the guidelines includes "the offenses of aiding and abetting, attempting to commit, or conspiracy to commit any such offense." USSG §4B1.2(d). The Court should therefore find that defendant is a career offender under USSG §4B1.1.

Respectfully submitted,

LEIF OLSON
United States Attorney

By: */s/ Dillan Edwards*

DILLAN EDWARDS
Assistant United States Attorney 111 7th Avenue SE, Box 1 Cedar Rapids, IA 52401-2101
(319) 363-6333
(319) 363-1990 - fax
dillan.edwards@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/  DRE

2