

GOVERNMENT
EXHIBIT
1

24-CR-01038-CJW-003















